UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE No.: 1:21-CV-20430-KING/BECERRA

MAYRELIS MEDEROS,

    Plaintiff,

vs

ODALYS ALPIZAR INSURANCE CORP.,
ODALUYS ALPIZAR, individually.

    Defendants.
_____/

# JOINT MOTION FOR ENTRY OF ORDER APPROVING SETTLEMENT AND DISMISSING CASE WITH PREJUDICE

Plaintiff, MAYRELIS MEDEROS (hereinafter "Plaintiff"), and Defendants, ODALYS ALPIZAR INSURANCE CORP., and ODALYS ALPIZAR, individually, by and through undersigned counsel, hereby jointly request that this Court approve the settlement reached in this case and dismiss this case with prejudice, and in support thereof, state:

1. On January 21, 2021, Odalys Alpizar Insurance Corp. filed a lawsuit against Mayrelis Mederos (as well as Pedro Suarez Insurance Corp. and Pedro Suarez) for various claims including the alleged breach of a contract and its restrictive covenants in Miami-Dade County Circuit Court Case No.: 2021-001386-CA-01 (15).

2. On February 1st, 2021, Plaintiff filed her Complaint against Defendants in this action asserting a claim for unpaid overtime under the Fair Labor Standards Act (FLSA). Defendants maintained that Plaintiff was properly paid as she submitted time records reflecting that she worked no more than 40 hours per week. Plaintiff, on the other hand, maintained that she was an employee who worked more than 40 hours, but who submitted time sheets based on the instructions provided to her.

3. After considerable discussion and analysis, including the exchange of the time sheets and pay records, and the service of discovery to Defendants, and while Defendants deny any liability whatsoever to Plaintiff and more specifically assert with respect to Plaintiff's FLSA claim, Defendants have agreed to resolve Plaintiff's Claims (as well as the claims

pending in the aforementioned Miami-Dade Circuit Court action.), as outlined in the parties' Settlement Agreement which is being submitted to the Court for in camera review.

4. The Parties agree that the Payment outlined in the Agreement shall be made within ten (10) days of the Court's approval of the settlement and the dismissal of the Lawsuit *with prejudice.*

5. Pursuant to Eleventh Circuit precedent, judicial review and approval of a compromise of a Plaintiff's FLSA claim provides final and binding effect. *See Lynn's Food Stores, Inc. v. U.S. Dep't of Labor*, 679 F.2d 1350 (11th Cir. 1982). To this end, Plaintiff and Defendants have at all times been represented by competent counsel experienced in the litigation of FLSA claims and the foregoing represents a reasonable compromise of Plaintiff's claim Likewise, Defendants are limiting the expenses associated with further litigation of Plaintiff's claims if their defense was to have continued in this Lawsuit (as well as resolving the case involving these parties in the Miami-Dade Circuit Court). The Parties therefore respectfully submit that resolution of Plaintiff's FLSA claim should be approved by the Court as fair and reasonable consistent with precedent *under Lynn's Food* ,679 F. 2d at 1353. The parties' Agreement is being submitted for the Court's *in camera* review.

6. Accordingly, the parties request that this Court approve the Settlement and thereafter dismiss this action with prejudice, with the Court retaining jurisdiction to enforce the terms of the settlement, and otherwise deny any pending Motions as moot.

7. A proposed order is provided herewith.

WHEREFORE, the Parties respectfully request this Honorable Court approve the parties' settlement, dismiss this action with prejudice, and retain jurisdiction to enforce the terms of the settlement agreement. DATED this 9th day of July 2021.

Respectfully submitted,

| | |
|---|---|
| */s/ Brian H. Pollock* | */s/Yelina Angulo* |
| Brian H. Pollock, Esq. | Yelina Angulo, Esq. |
| Florida Bar No.: 0174742 | Florida Bar No.: 111339 |
| **FAIRLAW FIRM** | **ANGULO DIAZ LAW GROUP, P.A.** |
| 135 San Lorenzo Avenue, Suite 770 | 782 NW 42nd Ave, Suite 630 |
| Coral Gables, Florida 33146 | Miami, FL 33126 |
| Telephone No.: (305) 230 4844 | Tel: (305) 468-9564 |
| brian@fairlawattorney.com | Email: yelina@angulodiazlaw.com |
| *Attorney for Plaintiff* | *Attorney for Defendants* |