UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE No.: 1:21-CV-20430-KING/BECERRA

MAYRELIS MEDEROS,

    Plaintiff,

vs.

ODALYS ALPIZAR INSURANCE CORP.,
and ODALYS ALPIZAR,

    Defendants.
_____/

**ORDER GRANTING JOINT MOTION TO APPROVE THE PARTIES'
SETTLEMENT AGREEMENT AND DISMISSING CASE WITH PREJUDICE**

**THIS CAUSE** came before the Court upon the parties' Joint Motion for Entry of Order Approving Settlement and Dismissing the Case with Prejudice (DE #9) filed July 9, 2021, and the Court having reviewed the motion and the file in this cause, having noted the agreement of the parties and being otherwise fully advised in the premises, it is hereby

**ORDERED, ADJUDGED and DECREED** as follows:

1. That the parties' settlement is hereby **APPROVED**.

2. That this action is **DISMISSED WITH PREJUDICE**. The Court shall retain jurisdiction to enforce the terms of the parties' settlement, should such enforcement become necessary.

3. All unresolved pending motions in this case are hereby DENIED as moot.

4. The **Pretrial Conference** previously set for **May 6, 2022** and the **Trial** previously set for **July 25, 2022** are hereby CANCELED.

     5. The Clerk shall CLOSE this case.

     DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 12th day of July, 2021.

                                     */s/ James Lawrence King*
                                       JAMES LAWRENCE KING
                                       UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record